UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 AUG 23 PM 2: 21

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTWAN V. A. SMITH<br>Aka Glo, aka Glo Worm<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Felon in Possession of a Firearm)

1. On or about July 8, 2022, in the Southern District of Ohio, the defendant, **ANTWAN V.A. SMITH**, knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Glock 27, .40 caliber handgun, serial number ADTD596, said firearm having been shipped and transported in interstate or foreign commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

### FORFEITURE ALLEGATION

2. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3. Upon conviction of the offense alleged in Count One of the Indictment, the defendant, **ANTWAN V. A. SMITH**, shall forfeit to the United States in accordance with 18

U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition, involved in or used in such offense including, but not limited to:

- One Glock 27, .40 caliber handgun, bearing serial number ADTD596; and
- Approximately 18 rounds of live ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL**

*s/ Foreperson*
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

_____
**ELIZABETH A. GERAGHTY (0072275)**
Assistant United States Attorney

2